MEMORANDUM OPINION

 

No. 04-11-00066-CV

 

IN THE ESTATE OF
Romen ARIZOLA, Deceased

 

From the County Court
at Law No 2, Webb County, Texas

Trial Court No. 2010-PB4-000096-L2

Honorable Jesus Garza,
Judge Presiding

 

PER CURIAM

 

Sitting:          Karen Angelini,
Justice

                     Sandee
Bryan Marion, Justice

                     Phylis
J. Speedlin, Justice

 

Delivered and
Filed:  June 1, 2011

 

DISMISSED

 

           Appellant Pedro Arizola,
Sr., has filed an unopposed motion to dismiss this appeal. We grant the motion
and dismiss the appeal. See Tex.
R. App. P. 42.1(a). Costs of appeal are taxed against appellant. See
id. 42.1(d).

 

PER
CURIAM